UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SAMI KALEVA KIVINEN #A044-753-505 | CIVIL ACTION NO.  6:20-CV-01091 SEC P |
| VERSUS | JUDGE JUNEAU |
| WILLIAM P BARR ET AL | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Kivenen's Motion for TRO to prohibit his transfer from PPIPC is **DENIED**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 14th day of October, 2020.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE