# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **SAMI KALEVA KIVINEN** | **CIVIL ACTION NO.  6:20-CV-01091** |
| **VERSUS** | **JUDGE JUNEAU** |
| **WILLIAM BARR, ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

**THIS MATTER** was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation, Rec. Doc. 24. After an independent review of the record, and noting the absence of any objection, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the Government's Motion to Dismiss, Rec. Doc. 20, is **GRANTED**, the Petition for a Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE**, and this case is terminated.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 18th day of February, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE